IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01906-WDM-PAC

KENNETH E. COTTER,

     Plaintiff(s),

v.

MERCK AND COMPANY, INC.,

     Defendant(s).

_____

**ORDER GRANTING AMENDED JOINT MOTION TO STAY ALL PROCEEDINGS
PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION AND ORDER FOR STATUS REPORTS**
_____

Order Entered by Magistrate Judge Patricia A. Coan

     The matter before the Court is the Amended Joint Motion To Stay All
Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation
[Doc. No. 11], filed November 9, 2005.  Upon consideration of the motion, it is hereby

     **ORDERED** that the motion is GRANTED.  It is further

     **ORDERED** that all pre-trial proceedings including all deadlines under the
Federal Rules of Civil Procedure and Colo. Stat. Ann. 13-21-111.5 in this action are
STAYED pending transfer to and pretrial proceedings in MDL  No. 1657.   It is further

     **ORDERED** that the previously filed joint motion to stay, Docket No. 9, is DENIED
as moot.  It is further

**ORDERED** that counsel shall file joint status reports advising the court of the

status of the multidistrict litigation on January 3, 2006 and every six months thereafter

on the first day of the month until the matter has been concluded.

Dated this 10th day of November 2005.

By the Court:
s/Patricia A> Coan
Patricia A. Coan
Magistrate Judge